## COENEN v. McAFEE.

**Practice**: DEFAULT SET ASIDE. When an application to set aside a default and judgment was made at the same term the judgment was entered, and was accompanied by an affidavit of merits containing a reasonable excuse for the default, and it did not appear that the discretion of the court below was unreasonably exercised in granting the application, the ruling was affirmed.

### *Appeal from Linn Distict Court.*

### WEDNESDAY, JUNE 17.

THIS action was brought to recover damages for a failure to deliver a certain quantity of barley to the plaintiff according to contract. The defendant made default and judgment was rendered against him for $212 and costs. On application of the defendant the default and judgment were set aside at the same term at which they were entered. Plaintiff appeals.

*Thompson & Davis,* for appellants.

*J. B. Young,* for appellee.

MILLER, CH. J.—The term of the court at which the defendant was required to appear, commenced on the 16th day of March, 1874. The default and judgment were entered on the 19th, and on the 24th of the same month, and during the same term defendant made his application, supported by affidavits, to set aside the default and judgment. The only point made by appellant is that the excuse shown for making default was not sufficient to authorize the court to set it aside. The statute requires that a reasonable excuse be shown for having made default, in order to authorize the court to set it aside. Code, § 2871. The application was made

PRACTICE: default set aside.

promptly at the same term the judgment was rendered, contained an affidavit of merits and, we think, a reasonable excuse for making default. At least the showing is such that we cannot say the court below abused its discretion in holding the excuse to be a reasonable one. The order setting aside the judgment and permitting the defendant to make defense must therefore, be

AFFIRMED.